UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS PANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD SANDERS, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-05054-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. No. 8 |

The Court has reviewed Magistrate Judge Kim's Report and Recommendation to remand to state court for lack of subject matter jurisdiction. *See* Dkt. No. 8. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Clerk remand this case back to the Contra Costa County Superior Court and close the file.

**IT IS SO ORDERED.**

Dated: 10/15/2019

　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge